UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

       - v. -                  :   INDICTMENT

EFRAIN RODRIGUEZ,                 :   14 Cr. CRIM 446

       Defendant.                :

- - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about May 15, 2014, in the Southern District of New York, EFRAIN RODRIGUEZ, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm, to wit, a .32 caliber Davis Industries semi-automatic pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                         PREET BHARARA
                                   United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 1 2014

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

EFRAIN RODRIGUEZ,

Defendant.

---

INDICTMENT

14 Cr. \_\_\_\_

(18 U.S.C. § 922(g)(1).)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

---

7/1/14  Fld- Indictment, Case assigned to Judge Caproni

Pitman, US MJ