USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-against- :  14-CR-446 (VEC)
:
: ORDER
:
EFRAIN RODRIGUEZ, :
                              Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 9, 2024, the Government notified the Court that Efrain Rodriguez was arrested for alleged violations of the conditions of his supervised release.

    IT IS HEREBY ORDERED that the parties must appear for a status conference on **Monday, April 15, 2024, at 10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date: April 9, 2024**
      **New York, NY**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**