USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA         :
:
      -against-         :        14-CR-446 (VEC)
:
:        <u>ORDER</u>
EFRAIN RODRIGUEZ,         :
                     Defendant.         :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 15, 2024, the parties appeared for a status conference regarding Mr. Rodriguez's alleged violations of the conditions of his supervised release.

    IT IS HEREBY ORDERED that, for the reasons stated at the conference, the conditions of Mr. Rodriguez's supervised release are modified to require inpatient drug treatment. Probation must arrange an inpatient drug treatment program for Mr. Rodriguez as soon as possible, and Mr. Rodriguez must remain at MDC until he can be transferred to the treatment program. Mr. Rodriguez is ordered released only upon Probation informing the Court that an available bed has been found for Mr. Rodriguez.

    IT IS FURTHER ORDERED the parties must appear for a status conference on **Monday, June 17, 2024, at 10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date: April 15, 2024**
**      New York, NY**

                                                          **VALERIE CAPRONI**
                                                        **United States District Judge**