USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
   UNITED STATES OF AMERICA

              -against-                        14-CR-446 (VEC)

                                             ORDER

   EFRAIN RODRIGUEZ,
                              Defendant.
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties must appear for a status conference on **Thursday, May 2, 2024, at 10:00 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that the U.S. Marshals shall release Mr. Rodriguez into Probation's custody on **Thursday, May 2, 2024**. Probation must transport Mr. Rodriguez to the inpatient drug treatment program to which he was accepted.

IT IS FURTHER ORDERED that the status conference scheduled for Monday, June 17, 2024, at 10:30 A.M. is CANCELED.

IT IS FURTHER ORDERED that Probation must provide the Court with a written status update regarding Mr. Rodriguez's progress in his drug treatment program by no later than **Friday, June 28, 2024**.

**SO ORDERED.**

**Date: April 29, 2024**
**New York, NY**

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**