USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
        -against- : 14-CR-446 (VEC)
:
: ORDER
:
EFRAIN RODRIGUEZ, :
                  Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 19, 2024, the Government notified the Court that Efrain Rodriguez was arrested for alleged violations of the conditions of his supervised release.

    IT IS HEREBY ORDERED that the parties must appear for a status conference on **Friday, September 27, 2024, at 11:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date: September 24, 2024**                                         **VALERIE CAPRONI**
     **New York, NY**                                            **United States District Judge**